## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE: Blitz USA Inc., et al.
_____

| | | |
|---|---|---|
| James R. King, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 12-1386-LPS |
| Blitz Inc., et al., | : | Bankruptcy Case No. 11-13603 |
| Appellees. | : | BAP 12-53 |

### **RECOMMENDATION**

At Wilmington this **6th** day of **December, 2012**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on November 15, 2012 and December 6, 2012 for an initial discussion with the parties and counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the parties are negotiating and if they are unable to resolve the matter do not believe mediation at this stage would be productive, a worthwhile use of judicial resources, or warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral

for mediation and proceed through the appellate process of this Court.  The parties have advised there will be no objections filed pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 to this Recommendation.

   The parties are in negotiations to resolve this matter and request that any briefing schedule entered by the Court not begin before January 3, 2013.

   Local counsel are obligated to inform out-of-state counsel of this Order.

         /s/ Mary Pat Thynge
         UNITED STATES MAGISTRATE JUDGE